# UNITED STATES DISTRICT COURT
для the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Edwin Manuel Saldana | ) | Case No. |
| | ) | 24-mj- 228-01-AJ |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 4, 2024 through the present** in the county of **Hillsborough** in the District of **New Hampshire**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

/s/ Andre Smith
*Complainant's signature*

Andre Smith, DEA TFO
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: **Sep 9, 2024**

*Judge's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*